# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1657
_____

RYAN TANNER POOLE,

    Appellant,

    v.

CANTEEN in affiliation with
COMPASS GROUP USA/AIU
INSURANCE COMPANY and
SEDGWICK CMS,

    Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
Jill E. Jacobs, Judge.

Date of Accident: July 18, 2022.

November 13, 2024

PER CURIAM.

    DISMISSED. *Augustin v. Blount, Inc.*, 573 So. 2d 104, 105 (Fla. 1st DCA 1991).

KELSEY, NORDBY, and LONG, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Kevin R. Gallagher of The Gallagher Law Group, P.A., Fort Lauderdale, for Appellant.

No appearance for Appellees.